**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:21-cv-00099**

SUSAN CATHERINE BARNES,
Administratrix of the Estate of Blake Barnes;
and SUSAN CATHERINE BARNES,
as Limited Guardian and Limited
Conservator and next friend of J.B., minor,
and K.B., minor,                                                                       PLAINTIFFS

v.

SHAWN HODGE, and
MIDWEST MOTORS SUPPLY CO., d/b/a
KIMBALL MIDWEST                                                                  DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

\* \* \* \* \* \* \* \* \* \* \*

The Parties having informed the Court that dismissal of the Plaintiffs' Complaint against Defendants, is appropriate at this time, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs' Complaint against Defendants is **DISMISSED WITH PREJUDICE** with each Party to bear their own costs.

There being no just cause for delay, this Order shall be final and appealable.

Entered this the _____ day of _____, 2023.

Seen and Agreed to by:

*/s/ Lance W. Tuner*                              *(by Michael P. Casey with permission)*
Lance W. Turner
Carroll & Turner, PSC
56 Court Street
Monticello, KY 42633
*Counsel for Plaintiffs*

*/s/ Rhonda Hatfield-Jeffers*              *(by Michael P. Casey with permission)*
Rhonda Hatfield-Jeffers
The Law Office of Rhonda Hatfield-Jeffers, PLLC
106 College Street
PO Box 737
Somerset, KY 42502
*Counsel for Plaintiffs*


*/s/ Jade A. Stewart*                           *(by Michael P. Casey with permission)*
Jade A. Stewart
Reminger Co., LPA
250 Grandview Drive, Suite 550
Ft. Mitchel, KY 41017
*Counsel for Defendant Shawn Hodge*


*/s/ Michael P. Casey*
Michael P. Casey
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
*Counsel for Defendant Midwest Motors Supply Co.*

**CLERK'S CERTIFICATE OF SERVICE**

  This certifies that a true and accurate copy of the foregoing was delivered electronically and by U.S. Mail and, postage prepaid, to the following on this the _____ day of _____, 2023:

Lance W. Turner
Carroll & Turner, PSC
56 Court Street
Monticello, KY 42633

Rhonda Hatfield-Jeffers
The Law Office of Rhonda Hatfield-Jeffers, PLLC
106 College Street
PO Box 737
Somerset, KY 42502

Jade A. Stewart
Reminger Co., LPA
250 Grandview Drive, Suite 550
Ft. Mitchel, KY 41017

Michael P. Casey
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513

              _____
              CLERK, U.S. DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY